IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JACK CARL OLDHAM,

    Plaintiff,

v.

Clerk of Court, GAIL WALKER and
D.A. DARWIN ZWIEG,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-530-bbc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_Peter Oppeneer_        9/16/09
Peter Oppeneer, Clerk of Court        Date