IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JACK CARL OLDHAM,

        Plaintiff,                      ORDER

       v.                              09-cv-530-bbc

Clerk of Court, GAIL WALKER and
D.A. DARWIN ZWIEG,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      IT IS ORDERED that plaintiff Jack Carl Oldham's motion for reconsideration is DENIED.

      Entered this 5th day of October, 2009.

                            BY THE COURT:

                            /s/

                            _____
                            BARBARA B. CRABB
                            District Judge